# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

NICKSON JOSEPH,

        Movant,

    v.

UNITED STATES OF AMERICA,

        Respondent.

2:23-cv-043
(2:21-cr-006)

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's Motion to Dismiss and deny Movant Nickson Joseph's ("Joseph") 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. Dkt. No. 11. Joseph did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Respondent's Motion to Dismiss, **DENY** Joseph's 28 U.S.C. § 2255 Motion, and **DIRECT** the Clerk of Court to **CLOSE** this case and enter

the appropriate judgment of dismissal.  I also **DENY** Joseph *in forma pauperis* status on appeal and a Certificate of Appealability.

    **SO ORDERED**, this /0 day of January, 2025.

        HON. LISA GODBEY WOOD, JUDGE
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF GEORGIA